UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-76-RJC-DSC

| | |
|---|---|
| CHAKA JACKSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STATE OF GEORGIA, et al, ) <br> ) <br> Defendants. ) <br> _____ ) | **ORDER** |

**THIS MATTER** comes before the Court *sua sponte*. Plaintiff filed a Complaint *pro se* on February 4, 2020. (Doc. No. 1). On February 7, 2020, the Plaintiff filed a Pro Se Addendum to the Complaint. (Doc. No. 2). The same day, the Court issued Summons for the Defendant to serve as to all Defendants. (Doc. No. 3). However, there have been no filings to suggest that Plaintiff has served all or even any of the Defendants, and there has been no action in the case since February 7, 2020.

Federal Rule of Civil Procedure 41(b) provides as follows:

If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

It is Plaintiff's burden to move this case forward, and Plaintiff has failed to do so.

**IT IS, THEREFORE, ORDERED** that all of Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close this case.

Signed: December 7, 2020

Robert J. Conrad, Jr.
United States District Judge

1